IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION



FILED
APR 2 3 2019
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) DOCKET NO. 4:19-MJ-49 |
| | ) (Misdemeanor) |
| LON J. WILKS | ) VA 19 |
| | ) |
| | ) Court Date: May 13, 2019 |
| | ) Time: 8:30 a.m. |

## CRIMINAL INFORMATION

### COUNT ONE
(Misdemeanor)  Ticket No. 6102091

THE UNITED STATES ATTORNEY CHARGES:

On divers occasions between on or about May 7, 2018 to on or about January 24, 2019, at Fort Eustis, Virginia, on lands acquired for the use of the United States, within the special maritime and territorial jurisdiction of this court, in the Eastern District of Virginia, LON J. WILKS, did knowingly steal, purloin or convert for his personal use or the use of another, property of the United States to wit: Automobile Batteries. Said loss being in an amount less than $1000.00. (In violation of Title 18, United States Code, Section 641.)

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: _____
SOLOMON RHO
Attorney for the Government
United States Attorney's Office
2732 Madison Avenue
Fort Eustis, Virginia 23604
Phone: (757) 878-3031, ext 235
Fax: (757) 878-5289
Solomon.Rho.mil@mail.mil

## CERTIFICATE OF SERVICE

I certify that on April 19, 2019, I served a true copy of the foregoing CRIMINAL INFORMATION on Ronald L. Smith, counsel for the defendant LON J. WILKS.

.

_____
SOLOMON RHO
Attorney for the Government
United States Attorney's Office
2732 Madison Avenue
Fort Eustis, Virginia 23604
Phone: (757) 878-3031, ext 235
Fax: (757) 878-5289
Solomon.Rho.mil@mail.mil